**Donald D. duBoulay**   305 Broadway, Suite 602
Attorney at Law   New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:     dondubesq@aol.com

June 2, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

      Re: United States v. Jason Valdez
          25 Cr. 242 (LAP)

Dear Judge Preska:

      I represent Jason Valdes in the above referenced matter. I write to respectfully request that the Court accept Mr. Valdes' waiver of appearance at his arraignment pursuant to Federal Rule of Criminal Procedure 10 (b). Mr. Valdes resides in Puerto Rico and travelling at this time would be a financial hardship for him, as he has limited financial means. More importantly Mr. Valdes has recently secured employment as an outlet manager at a resort hotel in Fajardo, Puerto Rico (see, Attached) and his first day of work is scheduled for June 9, 2025, the date of the scheduled appearance in New York for the arraignment. My understanding is that the Government takes no position on this request.

      Mr. Valdes was released on conditions from magistrate court on March 6, 2025, and he is supervised in the District of Puerto Rico. Among the conditions of release is that he is outfitted with a location monitoring device and is confined to home detention when not working. He has complied with all the conditions of his release.

      I have provided Mr. Valdes with a copy of the indictment and reviewed same with him and have explained among other things, (1) the nature of the charges (2) his right to be present at the arraignment; and the requirements for waiver of appearance under Rule 10(b).

      We respectfully request that the Court accept Mr. Valdes waiver of appearance at his arraignment. Alternatively, we respectfully request that the court arraign Mr. Valdes by video teleconferencing. Fed. R. crim. P. 10 (c )

1

                                                Respectfully submitted,
                                                                /s/
                                                Donald D. duBoulay
                                              305 Broadway, suite602
                                              New York, New York 10007

cc: All counsel of record, by ECF

```
The request to waive Mr. Valdes'
appearance at his arraignment is
granted.  The Clerk of the Court
shall close dkt. no. 24. SO ORDERED.
```

*[Signature: Loretta A. Preska]*
_____
Loretta A. Preska
United States District Judge

June 3, 2025
New York, New York