**Donald D. duBoulay**　　　　　　　　　　　　305 Broadway, Suite 602
Attorney at Law　　　　　　　　　　　　　　　New York, NY 10007

Telephone: (212) 966-3970
Fax:　　　(212) 941-7108
E-mail:　　dondubesq@aol.com

July 7, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Stret
New York, New York, 10007

　　　　　　　Re: U.S. v. Jason Valdes
　　　　　　　25 Cr. 242 (LAP)

Dear Judge Preska:

　　　I represent Jason Valdes in the above referenced matter. With the consent of the Government and Pretrial services, I write to respectfully request that Mr. Valdes bail condition be modified downward from his status of home detention with location monitoring, to a curfew to be set by his pretrial officer with location monitoring to be continued.

　　　This request is made to accommodate Mr. Valdes work schedule which often varies, and allows the pretrial officer flexibility to accommodate work schedule changes. I am informed that Mr. Valdes is fully compliant with all the terms of his release.

　　　If the court has any questions, I may be reached at (917) 776-3970

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/8/25

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Donald duBoulay, Esq.

cc.: Ashley Cosme United States Probation Officer (via ECF)
　　Connie Dang, Assistant U.S. Attorney (via ECF)