UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u> x

| | |
|---|---|
| UNITED STATES OF AMERICA | TRANSPORTATION ORDER |
| V. | 25 Cr. 242 (LAP) |
| JASON VALDES, | |
| Defendant | |

_____x

Upon the application of JASON VALDES, by his attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Jason Valdes with funds to cover the cost of travel from an appropriate airport in San Juan, Puerto Rico to any appropriate airport in the greater in the New York area, to depart on the morning of Monday September 9, 2025, and arrive in New York as early as possible in order to for him to attend his scheduled court appearance at 10:00 a.m. on September 10, 2025.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       September ___5___ 2025

                                        **SO ORDERED**

                                        *Loretta A. Preska*
                                        _____
                                        The Honorable Loretta A. Preska
                                        United States District Judge