**Donald D. duBoulay**
Attorney at Law

305 Broadway, Suite 310
New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:     dondubesq@aol.com

October 9, 2025

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jason Valdes
    25 Cr. 242 (LAP)

Dear Judge Preska:

    I represent Jason Valdes in the above referenced matter. I write to respectfully request that the Court authorize a brief modification of Mr. Valdes bail conditions to permit Mr. Valdes to travel to Florida on October 17, 2025 in order to retrieve his elderly and ailing mother and bring her to reside with him in Puerto Rico.

    If permitted, Mr. Valdes would return to Puerto Rico with his mother on October 19, 2025. Mr. Valdes has secured permission from his job to have those few days off for this purpose. Pretrial services in Puerto Rico, which monitors Mr. Valdes in Puerto Rico has no objection to this request and affirms that Mr. Valdes is in compliance with his obligations. Pretrial services in New York which controls Mr. Valdes supervision and the Government do not consent to this request.

    Mr. Valdes current bail conditions include wearing a location monitoring device at all times and he is subject to a curfew, which allows the pretrial officer to adjust his curfew to his employment schedule.

Respectfully submitted,

/s/

Donald duBoulay, Esq
Attorney for Jason Valdes
305 Broadway, Suite 602
New York, New York, 10007
(212) 966 3970

*Approved*
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/14/25

cc: Connie Dang AUSA (via ECF)
    Ashley Cosmr USPO (via ECF)