| | |
|---|---|
| **Donald D. duBoulay**<br>Attorney at Law | 305 Broadway, Suite 310<br>New York, NY 10007 |

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:     dondubesq@aol.com

November 24, 2025

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jason Valdes and Nelson Torres-Torres
      25 Cr. 242 (LAP)

Dear Judge Preska:

I represent Jason Valdes. I write without objection by the government, to respectfully request that Mr. Valdes be permitted to attend the next conference scheduled for December 3, 2025 at 1:00 p.m.-by remote means.

Mr. Valdes lives in Puerto Rico, and it will be a significant burden for him to come to New York for what is anticipated to be a brief scheduling conference. I have reviewed the discovery in this matter and do not intend to submit any pretrial motions based upon that review

Thank you for your consideration of this request.

```
The request is GRANTED.  The Clerk
of the Court is directed to close
Dkt. 41.

SO ORDERED.
```

Respectfully submitted,

_____/s/_____

Donald duBoulay, Esq
Attorney for Jason Valdes
305 Broadway, Suite 602
New York, New York, 10007
  (212) 966 3970

```
Loretta A. Preska
United States District Judge

November 24, 2025
New York, New York
```

cc: All counsel of record, by ECF
      Al counsel (via ECF)