**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2025

*By ECF*

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jason Valdes and Nelson Torres Torres*, 25 Cr. 242 (LAP)

Dear Judge Preska:

I represent Nelson Torres Torres, and write on consent (Assistant U.S. Attorney Connie Dang) to respectfully request that Mr. Torres Torres be permitted to attend the next conference – scheduled for December 3, 2025 at 1:00 p.m. – by remote means.

As far as I am aware, the purpose of the upcoming conference is solely related to scheduling, as I have reviewed the discovery in this matter and do not intend to submit any pretrial motions based on that review. Mr. Torres Torres lives in Florida, and it will be a significant burden for him to come to New York for a brief scheduling conference.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc.   All counsel of record, by ECF

The request is GRANTED. The Clerk of the Court is directed to close Dkt. 40.

**SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

November 24, 2025
New York, New York