**Donald D. duBoulay**         **305 Broadway, Suite 602**

 Attorney at Law         New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:    dondubesq@aol.com

January 12, 2026

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Stret
New York, New York, 10007

      Re: U.S. v. Jason Valdes
      25 Cr. 242 (LAP)

Dear Judge Preska:

      I represent Jason Valdes in the above referenced matter. I write to on behalf of Mr. Valdes to respectfully request that the conditions of his bail be amended to remove the requirement of a curfew enforced by a location monitoring device. Mr. Valdes was arraigned in this District on March 5, 2025. After his release from custody, Mr. Valdes has been continuously employed full time at a resort hotel with quasi managerial responsibilities in Puerto Rico. And he has complied with all the mandates of pre-trial supervision.

      If this request is granted Mr. Valdes would be able to work longer hours and accept other assignments, beyond the period of employment time allotted pursuant to his curfew.  This request is also made to accommodate Mr. Valdes work schedule which often varies. I am informed that Mr. Valdes is fully compliant with all the terms of his release.

      I have notified the Government and pre-trial services of this request and I  await a response.

      If the court has any questions, I may be reached at (917) 776-3970

            Respectfully submitted,

            /s/ Donald duBoulay, Esq.

cc.: Ashley Cosme United States Probation Officer (via ECF)
    Connie Dang, Assistant U.S. Attorney (via ECF)

The request is GRANTED.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

January 23, 2026