**Donald D. duBoulay**
Attorney at Law

**305 Broadway, Suite 310**
New York, NY 10007

Telephone: (212) 966-3970
Fax: (212) 941-7108
E-mail: dondubesq@aol.com

The change-of-plea hearing is adjourned to July 13, 2026 at 11:30 AM. The Court will separately address the status of the trial date.

**SO ORDERED.**

[signature]

Loretta A. Preska
Senior United States District Judge

July 7, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jason Valdes
25 Cr. 242 (LAP)

Dear Judge Preska:

I write with the consent of the government to respectfully request that the change of plea hearing in this matter scheduled for July 8, 2026 be adjourned to July 13, 2026 at a time convenient to the Court. The defendant, Mr. Valdes resides in Puerto Rico, and on the short notice provided for the sentencing is not able to obtain care for his elderly and infirm mother with whom he alone resides in Puerto Rico.

A trial in this matter is scheduled for July 28, 2026 and we would respectfully request and consent to a postponement of the trial sine die, as a plea in this matter will obviate the trial. I have spoken with counsel for the co-defendant and he consents to a postponement of the trial date

If the court has any questions I may be reached at (917) 766-3970.

Respectfully submitted,

/s/

Donald duBoulay, Esq
Attorney for Jason Valdes
305 Broadway, Suite 602
New York, New York, 10007
(212) 966 3970

cc: All counsel of record, via ECF