UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

JASON VALDES and NELSON TORRES TORRES,

Defendants.

No. 25-CR-242 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Sentencing for Defendant Valdes shall be held on November 4, 2026 at 10:00 AM. Sentencing for Defendant Torres shall be held on November 4, 2026 at 10:30 AM.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge